UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL D. LEVITZ,

          Plaintiff,

   v.

QUALITY LOAN SERVICE OF WASHINGTON, et al.,

          Defendants.

Case No. C22-0623-JHC

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 4, is GRANTED. The Clerk is directed to send copies of this order to Plaintiff and to the assigned District Judge.

Dated this 31st day of May, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1